

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-29-2002

# Cox v. Comm Social Security

Precedential or Non-Precedential:

Docket 1-2143

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Cox v. Comm Social Security" (2002). *2002 Decisions.* Paper 56.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/56

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 01-2143


CAMILLA COX,
for Camilla N. Cox

v.

COMMISSIONER OF SOCIAL SECURITY

Camilla Cox,

Appellant


On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 99-03478)
District Judge:  Honorable Nicholas H. Politan


Submitted under Third Circuit LAR 34.1(a)
January 16, 2002

BEFORE:  SCIRICA, GREENBERG, and BRIGHT,* Circuit Judges

(Filed: January 29, 2002)


MEMORANDUM OPINION OF THE COURT


*Honorable Myron H. Bright, Senior Judge of the United States Court of
Appeals for the
   Eighth Circuit, sitting by designation.

GREENBERG, Circuit Judge.

     Camilla Cox for Camilla N. Cox appeals from a final order entered
March 12,
2001, affirming the decision in this matter rejecting her claim for
childhood disability SSI
payments.  The administrative law judge in her decision dated February 4,
1998, and the
district court in its letter opinion dated March 9, 2001, set forth the
background of the

case and, as the parties are fully familiar with it, we do no recite it. Insofar as we review the order of the district court we exercise plenary review but insofar as we review the Commissioner's findings we determine whether the administrative record contains substantial evidence for the findings.  See Knepp v. Apfel, 204 F.3d 78, 83 (3d Cir. 2000).

After a careful review of this mater we are convinced that there were no errors of law and that the Commissioner's findings are fully supported in the record. Consequently, the order of March 12, 2001, will be affirmed.

TO THE CLERK:
Please file the foregoing memorandum opinion.

/s/ Morton I. Greenberg
Circuit Judge

DATED: January 29, 2002